UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN K. FINNEY,
Plaintiff,

vs.                                                                 No. 3:16-cv-1677(VAB)(WIG)

JUDGE JAMES FARBER and
JUDGE MICHAEL WRIGHT,
Defendants.

ORDER APPROVING AND ADOPTING RECOMMENDED RULING
AND DISMISSING THE CASE

Plaintiff John K. Finney filed this lawsuit *pro se* on October 10, 2016.  Defendants are two judges in New Jersey Superior Court who presided over custody proceedings for Mr. Finney's daughter, and, allegedly aided and abetted in "interstate parental kidnapping."  Compl., ECF No. 1, 4.  Plaintiff also filed a motion for leave to proceed *in forma pauperis*.  Motion, ECF No. 2.  As a portion of his review of that motion, Magistrate Judge Garfinkel filed a Recommended Ruling, ECF No. 10, recommending that this Court dismiss Mr. Williams's Complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a legally cognizable claim. Mr. Finney has not filed an objection and the deadline for doing so has expired.

When a Magistrate Judge issues a recommended ruling to which no objection has been filed, the Court adopts that ruling unless it contains "clear error." *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Galeana v. Lemongrass on Broadway Corp.*, 120 F. Supp. 3d 306, 310 (S.D.N.Y. 2014) (when no objections are made to a recommended ruling, the Court may adopt that ruling unless it contains "clear error").  In his recommended ruling, Magistrate Judge Garfinkel concluded that Mr. Finney's complaint should be dismissed under 28 U.S.C. § 1915(e)(2)(B) because it would be barred by the doctrine of judicial immunity and because, even if it were not so barred, it failed to state a legally cognizable claim against Defendants.  The Court has reviewed the Recommended Ruling in this case and has not identified any "clear error."  Accordingly, the Court adopts the well-reasoned Recommended Ruling, ECF No. 10,

and for the reasons stated in that Ruling, dismisses this case under 28 U.S.C. § 1915(e)(2)(B).  The Clerk is directed to close this file.

    SO ORDERED this 9th day of March at Bridgeport, Connecticut.

                                         /s/ Victor A. Bolden
                                         VICTOR A. BOLDEN
                                         UNITED STATES DISTRICT JUDGE